# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER COUSINS et al.,**

    **Plaintiffs,**

v.                                                                                          Case No: 6:22-cv-1312-WWB-DCI

**THE SCHOOL BOARD OR ORANGE COUNTY, FLORIDA et al.,**

    **Defendants.**

## ORDER

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter due to an association with the law firm representing Defendant The School Board of Orange County, Florida. In particular, the undersigned's spouse is employed as an attorney at that law firm and is involved in the representation of that Defendant in this matter. The Clerk is directed to reassign this case to another United States Magistrate Judge.

**ORDERED** in Orlando, Florida on August 1, 2022.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties