UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, et. al.,

    Plaintiffs,

v.                              CASE NO.:  6:22-cv-01312-WWB-DCI

THE SCHOOL BOARD OF
ORANGE COUNTY, FLORIDA,
et. al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Jon R. Phillips, Esquire, Office of General Counsel, hereby appears as counsel in this matter on behalf of Defendant, The School Board of Duval County (Duval County School Board), and requests that copies of all briefs, motions, orders, correspondence, and other filings be served on the undersigned at the address listed below.

                                      RESPECTFULLY SUBMITTED,

                                      **OFFICE OF GENERAL COUNSEL**

                                      /s/ ***Jon R. Phillips*_____
                                      **JON R. PHILLIPS**
                                      **DEPUTY GENERAL COUNSEL**
                                      Florida Bar No.: 273813

>Office of General Counsel
>117 West Duval Street, Suite 480
>Jacksonville, FL  32202
>Telephone: (904) 255-5069
>Facsimile: (904) 255-5120
>Primary E-mail: JPhillips@coj.net
>Secondary E-mail: CRegister@coj.net
>Attorney for Defendant
>Duval County School Board

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished on this 1st day of August 2022, via the CM/ECF System.

>*/s/* ***Jon R. Phillips***
>**JON R. PHILLIPS**
>**DEPUTY GENERAL COUNSEL**