UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, et. al.,

    Plaintiffs,

v.                       CASE NO.:  6:22-cv-01312-WWB-DCI

THE SCHOOL BOARD OF
ORANGE COUNTY, FLORIDA,
et. al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Laura Boeckman, Esquire, Office of General Counsel, hereby appears as counsel in this matter on behalf of Defendant, The School Board of Duval County (Duval County School Board), and requests that copies of all briefs, motions, orders, correspondence, and other filings be served on the undersigned at the address listed below.

[*Signature Block and Certificate of Service on Following Page*]

1

RESPECTFULLY SUBMITTED,

**OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE**

/s/ *Laura Boeckman*
**LAURA BOECKMAN**
Assistant General Counsel
Florida Bar No.: 527750
LBoeckman@coj.net
CStephenson@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100
(904) 255-5120 (fax)
*Counsel for City of Jacksonville*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been furnished on this 2nd day of August 2022, via the CM/ECF System.

*/s/ Laura Boeckman*
**LAURA BOECKMAN
ASSISTANT GENERAL COUNSEL**