UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS; MATTHEW COUSINS; P.C., M.C., S.C., and N.C., by and through their next friends and parents, Jennifer and Matthew Cousins; WILL LARKINS, by and through his next friend and parent, Ted Larkins; DAVID DINAN; VIKRANTH REDDY GONGIDI; K.R.D. and R.R.D., by and through their next friends and parents David Dinan and Vikranth Reddy Gongidi; and CENTERLINK, INC., on behalf of itself and its members,

   Plaintiffs,

vs.

THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA; THE SCHOOL BOARD OF INDIAN RIVER COUNTY, FLORIDA; THE SCHOOL BOARD OF DUVAL COUNTY, FLORIDA; and THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,

   Defendants.

_____/

Case No. 6:22-cv-1312-WWB-DCI

## **MOTION FOR SPECIAL ADMISSION**

  Jennifer Vail, Esquire, moves for special admission to represent Plaintiffs in this action.

  I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically,

United States District Court, Southern District of New York

United States District Court, Eastern District of New York

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not object to my special admission.

By: */s/ Jennifer Vail*
Jennifer Vail, Esquire
NY Bar No. 5401450
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL, 36104
jennifer.vail@splcenter.org

Dated: August 10, 2022

>Respectfully submitted,
>
>By: */s/ Debra A. Dandeneau*
>Debra A. Dandeneau
>Fla. Bar No. 978360
>andrew.riccio@bakermckenzie.com
>BAKER & McKENZIE LLP
>452 Fifth Avenue
>New York, NY 10018
>Tel:  (212) 626-4100
>Fax: (212) 310-16003
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2022, I electronically served the foregoing document on all counsel of record or pro se parties identified on the attached Service List through the Court's CM/ECF filing system.

>By: */s/ Debra A. Dandeneau*
>Debra A. Dandeneau

# SERVICE LIST

## Case No: 6:22-cv-1312-WWB-DCI

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

JENNIFER AND MATTHEW COUSINS, ET AL.

Plaintiff,

vs.

THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA, et al.,

Defendants.

| | |
|---|---|
| **Lambda Legal Defense and Education Fund, Inc.**<br><br>South Central Regional Office<br>3500 Oak Lawn Ave., Ste. 500<br>Dallas, TX 75206<br>(214) 219-8585<br>pcastillo@lambdalegal.org<br><br>Kell L. Olson, Esq.<br>Pro Hac Vice forthcoming<br>Lambda Legal Defense and Education Fund, Inc.<br>Western Regional Office<br>4221 Wilshire Boulevard, Suite 280<br>Los Angeles, CA 90010-3512<br>(313)605-3222, ext. 4342<br>kolson@lambdalegal.org<br><br>**Southern Poverty Law Center**<br><br>Jennifer Vail, Esq.<br>Pro Hac Vice forthcoming<br>Southern Poverty Law Center<br>400 Washington Avenue<br>Montgomery, AL 36104<br>jennifer.vail@splccenter.org<br><br>Bacardi Jackson, Esq. (FBN 47728)<br>Scott McCoy, Esq. (FBN 1004965)<br>Sam Boyd, Esq. (FBN 1012141)<br>Southern Poverty Law Center<br>2 Biscayne Boulevard, Suite 3750<br>Miami, FL 33131<br>bacardi.jackson@splccenter.org<br>scott.mccoy@splccenter.org<br>sam.boyd@splccenter.com<br><br><br>**Southern Legal Counsel, Inc.**<br><br>Simone Chriss, Esq. (FBN 124062) | Amy D. Envall, Esq.<br>Office of Legal Services<br>Orange County Public Schools<br>445 W. Amelia Street<br>Orlando, Florida 32801<br>(407) 317-3411 telephone<br>(407) 317-3348 facsimile<br>Amy.envall@ocps.net<br>**The School Board of Orange County, Florida**<br><br>SNIFFEN & SPELLMAN, P.A.<br>Terry J. Harmon, Esq.<br>123 North Monroe Street<br>Tallahassee, Florida 32301<br>(850) 205-1996 telephone<br>(850) 205-3004 (facsimile)<br>tharmon@sniffenlaw.com<br>**Attorneys for The School Board of Indian River County, Florida**<br><br>Jon Phillips, Esq.<br>Laura Boeckman<br>Office of General Counsel<br>City of Jacksonville<br>117 West Duval Street, Suite 480<br>Jacksonville, Florida 32202<br>(904) 255-5100 telephone<br>(904) 255-5120 facsimile<br>jphillips@coj.net<br>lboeckman@coj.net<br>cstephenson@coj.net<br>**Attorneys for The School Board of Duval County, Florida** |

| | |
|---|---|
| Jodi Siegel, Esq. (FBN 511617)<br>Southern Legal Counsel, Inc.<br>1229 NW 12th Avenue<br>Gainesville, Florida 32601<br>(352) 271-8890<br>simone.chriss@southernlegal.org<br>jodi.siegel@southernlegal.org | Shawntoyia Bernard, Esq.<br>Anna Morales, Esq.<br>Erik Bell, Esq.<br>Sean Fahey, Esq.<br>Office of the General Counsel<br>Palm Beach County School District<br>3318 Forest Hill Blvd., C-331<br>West Palm Beach, Florida 33406<br>(561) 434-8750<br>Shawntoyia.bernard@palmbeachschools.org<br>Anna.morales@palmbeachschools.org<br>Erik.bell@palmbeachschools.org<br>Sean.fahey@palmbeachschools.org<br>**Attorneys for The School Board of Palm Beach County, Florida** |