**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JENNIFER COUSINS, MATTHEW
COUSINS, P.C.,, M.C., S.C., N.C.,
WILL LARKINS, DAVID DINAN,
VIKRANTH REDDY GONGIDI,
K.R.D., R.R.D. and CENTERLINK,
INC.,

      Plaintiffs,

v.                                         Case No:   6:22-cv-1312-WWB-LHP

THE SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA, THE SCHOOL
BOARD OF INDIAN RIVER
COUNTY, FLORIDA, THE SCHOOL
BOARD OF DUVAL COUNTY,
FLORIDA and THE SCHOOL BOARD
OF PALM BEACH COUNTY,
FLORIDA,

      Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR SPECIAL ADMISSION (Doc. No. 32)**
>
> **FILED:**     August 10, 2022

- 2 -

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 2.01(c)(4). While the motion states that Jennifer Vail, Esq. has "appeared in the last thirty-six months in these cases in state or federal court in Florida[,]" the motion does not identify any cases. Doc. No. 32. Therefore, it is not clear what cases, if any, Attorney Vail has appeared in during the last thirty-six months. *See* Local Rule 2.02(c)(4). Any renewed motion must fully comply with the Court's Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2022.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties