UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JENNIFER COUSINS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA; et al.,<br><br>*Defendants*. | No. 6:22-cv-01312 |

**PLAINTIFFS' UNOPPOSED MOTION FOR
SPECIAL ADMISSION OF PAUL D. CASTILLO**

Pursuant to Local Rule 2.01(c), Paul D. Castillo, Esquire, respectfully moves for special admission to represent Jennifer Cousins: Mathew Cousins; P.C., M.C., S.C., and N.C., by and through their next friends and parents, Jennifer and Mathew Cousins; Will Larkins, by and through his next friend and parent, Ted Larkins; David Dinan; Vikranth Reddy Gongidi; K.R.D. and R.R.D., by and through their next friends and parents David Dinan and Vikranth Reddy Gongidi; and CenterLink, Inc., on behalf of itself and its members, (collectively, "Plaintiffs") in this action.

Mr. Castillo certifies that:

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of six bars of the United States district

1

courts; specifically, for the Northern, Southern, and Western Districts of Texas, the Northern and Southern Districts of Ohio, and the District of Colorado.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six months, I have not initially appeared in any cases in a state or Federal court in Florida.

4. I will comply with federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the $150 special admission fee contemporaneously with this filing.

7. I have already registered with the Middle District's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, I respectfully request that the Court grant special admission of to practice before this Court on behalf of Plaintiffs in this action.

Dated:  August 16, 2022

Respectfully submitted,

*/s/ Paul D. Castillo*

Paul D. Castillo
*Special Admission Pending*
LAMBDA LEGAL DEFENSE
   AND EDUCATION FUND, INC.
3500 Oak Lawn Ave., Ste. 500
Tel.: 214-219-8585
Fax: 214-219-4455
pcastillo@lambdalegal.org

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the Plaintiffs have conferred with all parties who may be affected by the relief sought in this motion, and all parties are unopposed or take no position to my special admission.

/s/ Paul D. Castillo

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be served on all counsel of record, by this Court's electronic-filing system, on August 16, 2022.

/s/ Paul D. Castillo