UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, et. al.,

      Plaintiff(s)

THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA; THE SCHOOL BOARD OF INDIAN RIVER COUNTY, FLORIDA; THE SCHOOL BOARD OF DUVAL COUNTY, FLORIDA; and THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,

      Defendant(s)

Civil Action No.: 6:22-1312-WWB-DCI

**NOTICE OF APPEARANCE AS COUNSEL**

The undersigned counsel, A. PATRICIA MORALES, ESQ., and SEAN FAHEY, ESQ., hereby file this Notice of Appearance as Counsels and notify this Honorable Court of their appearance as counsels for the Defendant, SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA, in the above-styled case. The certificate of service for future pleadings, notices, orders, and all other documents filed in this action should include A. Patricia Morales, Esq. and Sean Fahey, Esq. at anna.morales@palmbeachschools.org and sean.fahey@palmbeachschools.org.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        THE SCHOOL BOARD OF PALM
        BEACH COUNTY, FLORIDA
        Shawntoyia Bernard, Esq. - General Counsel
        3300 Forest Hill Blvd., Suite C-331
        West Palm Beach, FL  33406
        Telephone: 561-434-8683
        Facsimile:  561-434-8105

        By:   /s/ Sean Fahey
             SEAN FAHEY, ESQ.
             Florida Bar No. 0101083
             A. PATRICIA MORALES, ESQ.
             Florida Bar No. 0027634
             Counsels for the Defendant
             anna.morales@palmbeachschools.org
             sean.fahey@palmbeachschools.org
             kenia.hernandez@palmbeachschools.org
             lesline.alexander@palmbeachshools.org

## **SERVICE LIST**

Angela Vigil, Esq. (FBN 38267)
Baker McKenzie LLP
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
(305) 789-8900
angela.vigil@bakermckenzie.com

Debra Dandeneau, Esq. (FBN 978360)
L Andrew S. Roccio Esq. (FBN 91978)
Baker McKenzie LLP
452 Fifth Avenue
New York, NY 10018
(212) 626-4100
debra.dandeneau@bakermckenzie.com
andrew.riccio@bakermckenzie.com

Camilla B. Taylor, Esq.
*Pro Hac Vice forthcoming*
Lambda Legal Defense and Education Fund, Inc.
Miswestern Regional Office
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
(312) 663-4413
ctaylor@lambdalegal.org

Kell L. Olson, Esq.
*Pro Hac Vice forthcoming*
Lambda Legal Defense and Education Fund, Inc.
Western Regional Office
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010-3512
(213) 382-7600
kolson@lambdalegal.org

Paul D. Castillo, Esq.
Pro Hac Vice forthcoming
Lambda Legal Defense and Education Fund, Inc.
South Central Regional Office
3500 Oak Lawn Ave., Ste. 500
Dallas, TX 75206
(214) 219-8585
pcastillo@lambdalegal.org

Simone Chriss, Esq. (FBN 124062)
Jodi Siegel, Esq. (FBN 511617)
Southern Legal Counsel, Inc.
1229 NW12th Avenue
Gainesville, Florida 32601
(352) 271- 8890
simone.chriss@southernlegal.org
jodi.siegel@southernlegal.org

Jennifer Vail, Esq.
*Pro Hac Vice forthcoming*
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
jennifer.vail@splcenter.org

Bacardi Jackson, Esq. (FBN 47728)
Scott McCoy, Esq. (FBN 1004965)
Sam Boyd, Esq. (FBN 1012141)
Southern Poverty Law Center
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
bacardi.jackson@splcenter.org
scott.mccoy@splcenter.org
sam.boyd@splcenter.org