**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| JENNIFER COUSINS, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> SCHOOL BOARD OF ORANGE COUNTY, FLORIDA, <br><br> *Defendants*. | Case No. 6:22-cv-1312-WWB-LHP |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**
**AND EVIDENTIARY HEARING**

Pursuant to Rule 3.01(h) of the Middle District of Florida Local Rules, Plaintiffs respectfully request an oral argument and evidentiary hearing on their Motion for Preliminary Injunction ECF No. 45. Plaintiffs anticipate that approximately three (3) hours will be required for the hearings.

Respectfully submitted this 26th day of August 2022.

*By: /s/ Debra A. Dandeneau*
**Debra A. Dandeneau, Esq.** (FBN 978360)
**L Andrew S. Riccio, Esq.** (FBN 91978)
Baker McKenzie LLP
452 Fifth Avenue
New York, NY 10018
(212) 626-4100
debra.dandeneau@bakermckenzie.com
andrew.riccio@bakermckenzie.com
**Angela Vigil, Esq.** (FBN 38627)
Baker McKenzie LLP
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131

(305) 789-8900
angela.vigil@bakermckenzie.com

*Baker McKenzie*

**Camilla B. Taylor, Esq.**
Pro Hac Vice granted
Lambda Legal Defense and Education Fund, Inc.
Midwestern Regional Office
65 E. Wacker Pl., Suite 2000
Chicago, IL, 60601
(312) 663-4413
ctaylor@lambdalegal.org
**Paul D. Castillo, Esq.**
Pro Hac Vice granted
Lambda Legal Defense and Education Fund, Inc.
South Central Regional Office
3500 Oak Lawn Ave., Ste. 500
Dallas, TX 75206
(214) 219-8585
pcastillo@lambdalegal.org
**Kell L. Olson, Esq.**
Pro Hac Vice granted
Lambda Legal Defense and Education Fund, Inc.
Western Regional Office
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010-3512
(213) 382-7600
kolson@lambdalegal.org

*Lambda Legal Defense and Education Fund, Inc.*

**Simone Chriss**, Esq.
Fla. Bar No. 124062
Simone.Chriss@southernlegal.org
**Jodi Siegel**, Esq.
Fla. Bar No. 511617
Jodi.Siegel@southernlegal.org
**Southern Legal Counsel, Inc.**
1229 NW 12th Avenue
Gainesville, FL 32601-4113
(352) 271-8890

*Southern Legal Counsel*

2

        Jennifer Vail, Esq.
Pro Hac Vice granted
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
jennifer.vail@splccenter.org
Bacardi Jackson, Esq. (FBN 47728)
Scott McCoy, Esq. (FBN 1004965)
Sam Boyd, Esq. (FBN 1012141)
Southern Poverty Law Center
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
bacardi.jackson@splccenter.org
scott.mccoy@splccenter.org
sam.boyd@splccenter.com

*Southern Poverty Law Center*

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2022, I electronically served the foregoing document on all counsel of record through the Court's CM/ECF filing system.

By: */s/ Debra A. Dandeneau*
      Debra A. Dandeneau