UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, MATTHEW
COUSINS, P.C., M.C., S.C., N.C., WILL
LARKINS, DAVID DINAN, VIKRANTH
REDDY GONGIDI, K.R.D., R.R.D. and
CENTERLINK, INC.,

      Plaintiffs,

v.                                          Case No. 6:22-cv-1312-WWB-LHP

THE SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA, THE SCHOOL
BOARD OF INDIAN RIVER COUNTY,
FLORIDA, THE SCHOOL BOARD OF
DUVAL COUNTY, FLORIDA and THE
SCHOOL BOARD OF PALM BEACH
COUNTY, FLORIDA,

      Defendants.
                                      /

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 45), filed on August 26, 2022. In accordance with Federal Rule of Civil Procedure 65 and Local Rule 6.02, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants shall file their responses to the Motion for Preliminary Injunction on or before **September 2, 2022**.

2. On or before **September 6, 2022**, the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. Any party requesting an evidentiary hearing shall: (1) identify with particularity all disputed issues of material fact or credibility determinations that are expected to impact the resolution of the Motion; (2) the names of any

witnesses that the party anticipates calling at a hearing; and (3) the estimated length of the requested hearing.

3. If the Court determines, after review of the parties' submissions and joint notice, that an evidentiary hearing is necessary for the resolution of the Motion, a hearing will be set by the Court. Otherwise, the Court will issue a ruling based on the parties' written submissions.

**DONE AND ORDERED** in Orlando, Florida on August 29, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record