**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| JENNIFER COUSINS, et. al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> SCHOOL BOARD OF ORANGE COUNTY, FLORIDA, et. al. <br><br> *Defendants*. | Case No. 6:22-cv-1312-WWB-LHP |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
<u>THEIR MOTION TO PRELIMINARY INJUNCTION</u>**

Plaintiffs respectfully move pursuant to Local Rule 3.01(d) for leave to file a 7-page Reply to Defendants' Responses to Plaintiffs' Motion for Preliminary Injunction within 7 days of being granted leave to file a Reply. In support thereof, Plaintiffs state as follows:

On August 26, 2022, Plaintiffs filed their Motion for Preliminary Injunction. (ECF 45.) On September 2, 2022, Defendant the Duval County School Board ("DCSB") filed its Opposition to Plaintiffs' Motion for Preliminary Injunction, (ECF 49); Defendant School Board of Indian River County ("SBIRC") filed its Opposition to Plaintiffs' Motion for Preliminary Injunction, (ECF 50); Defendant the School Board of Orange County ("OCSB") filed its Opposition to Plaintiffs' Motion for Preliminary Injunction, (ECF 54); and Defendant the School Board of Palm Beach County ("PBCSB") filed its Opposition to Plaintiffs' Motion for Preliminary Injunction. (ECF 55). In addition, Attorney General Ashley Moody moved to intervene (ECF 51) and filed her Opposition to Plaintiffs' Motion for Preliminary Injunction. (ECF 52).

Each of the Responses in Opposition filed by Defendants and by proposed intervenor raised issues of standing. Plaintiffs seek leave to file a limited Reply to address the proper legal standards for standing as they apply to this case and to the claims at issue. In particular, Defendants' legal arguments on standing failed to acknowledge the intertwined issues of traceability and redressability at issue in this case. *See Support Working Animals, Inc. v. Governor of Fla.*, 8 F.4th 1198, 1201 (11th Cir. 2021). Moreover, some Defendants argued that a direct threat of enforcement was necessary to confer standing, which is not accurate, for example, regarding Plaintiffs' First Amendment claims. *See Speech First, Inc. v. Cartwright*, 32 F.4th 1110, 1122 (11th Cir. 2022) ("We hold that the district court erred in focusing so singularly on the [school's] power to punish. The reason . . . is that a government actor can objectively chill speech—through its implementation of a policy—even without formally sanctioning it.").

Plaintiffs believe there is good cause for a reply brief on these limited issues of standing, which will assist this Court's adjudication of Plaintiffs' Motion for Preliminary Injunction. *See, e.g.*, *Ottaviano v. Nautilus Ins. Co.*, No. 8:08-cv-2204, 2009 WL 425976, at *1 (M.D. Fla. Feb. 19, 2009) (granting leave to file a reply where plaintiff argued caselaw presented by defendant should not be applied to the facts of the case).

Plaintiffs respectfully submit that granting Plaintiffs 7 days to file a reply will not materially delay the disposition of the pending Motion or this case, and that 7 pages or less are needed to adequately address the limited pending issues.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Plaintiffs' counsel certify that they conferred with Defendants' counsel on September 6, 2022, via Zoom video conference, and again on

September 8, 2022 via email. Defendants School Board of Orange County and School Board of Indian River County oppose this motion. Defendants School Board of Duval County, School Board of Palm Beach County, and proposed Intervenor Attorney General Ashley Moody do not oppose this motion if the reply is limited to seven pages and does not raise new arguments or facts.

Respectfully submitted September 8, 2022,

By: */s/ Debra Dandeneau*
**Debra Dandeneau, Esq.** (FBN 978360)
**L Andrew S. Riccio, Esq.** (FBN 91978)
Baker McKenzie LLP
452 Fifth Avenue
New York, NY 10018
(212) 626-4100
debra.dandeneau@bakermckenzie.com
andrew.riccio@bakermckenzie.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2022, I electronically served the foregoing document on all counsel of record or pro se parties identified on the attached Service List through the Court's CM/ECF filing system..

By: */s/ Debra A. Dandeneau*
**Debra A. Dandeneau**