UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, MATTHEW COUSINS, P.C., M.C., S.C., N.C., WILL LARKINS, et al.,

       Plaintiffs,

v.

THE SCHOOL BOARD OF ORANGE COUNTY, et al.,

       Defendants.

Case No: 6:22-cv-1312-WWB-LHP

## NOTICE

On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Extensive notice of this conversion was provided via the Middle District of Florida's webpage, announcements, and numerous mailings.

All attorneys appearing before this court shall begin using the CM/ECF docket system within **fourteen days** of their entry of appearance in any action pending before this Court.

Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request their password from the Court. Counsel are strongly encouraged to take the tutorials offered on the website before using the system.

**DONE and ORDERED** in Orlando, Florida on this September 12, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE