# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JENNIFER COUSINS, MATTHEW COUSINS, P.C., M.C., S.C., N.C., WILL LARKINS, DAVID DINAN, VIKRANTH REDDY GONGIDI, K.R.D., R.R.D. and CENTERLINK, INC.,

        Plaintiffs,

v.

Case No. 6:22-cv-1312-WWB-LHP

THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA, THE SCHOOL BOARD OF INDIAN RIVER COUNTY, FLORIDA, THE SCHOOL BOARD OF DUVAL COUNTY, FLORIDA and THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,

        Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court upon *sua sponte* review of the record. On September 30, 2022, Plaintiffs filed a First Amended Complaint (Doc. 68). Pursuant to Federal Rule of Civil Procedure 15(a)(1), "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

    Plaintiffs did not seek leave to file the First Amended Complaint and do not indicate that it was filed with the written consent of Defendants. Thus, the amendment is not proper

under Rule 15(a)(2). Additionally, as no responsive pleading or Rule 12 motions have been filed, amendment is likewise not proper under Rule 15(a)(1)(B). Thus, the Court assumes that Plaintiffs intended to amend pursuant to Rule 15(a)(1)(A).

However, this brings two issues to the Court's attention. As an initial matter, in accordance with Local Rule 1.10(a), Plaintiffs were required to file proof of service "[w]ithin twenty-one days after service of a summons and complaint[.]" M.D. Fla. R. 1.10(a). The failure to do so "can result in dismissal of the claim or action without notice and without prejudice." M.D. Fla. R. 1.10(d). No such notices have been filed, and the Court could dismiss the entire action on this basis alone. Nevertheless, on August 9, 2022, the parties filed an Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint (Doc. 31), in which they represent that Defendants were served between July 29, 2022, and August 1, 2022. (*Id.* at 2). This brings the Court to the second issue, which is that the First Amended Complaint was filed nearly two months after the last Defendants were served and certainly not within the twenty-one days permitted under Rule 15(a)(1)(A). Therefore, Plaintiffs' amendment is not proper under Rule 15 and must be stricken.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' First Amended Complaint (Doc. 68) is **STRICKEN**.
2. On or before **October 11, 2022**, Plaintiffs shall file proofs of service in accordance with Local Rule 1.10(a). Failure to do so may result in the dismissal of this action without further notice.

**DONE AND ORDERED** in Orlando, Florida on October 3, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record