UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, MATTHEW COUSINS, P.C.,, M.C., S.C., N.C., WILL LARKINS, DAVID DINAN, VIKRANTH REDDY GONGIDI, K.R.D., R.R.D., and CENTERLINK, INC.,

      Plaintiffs,

v.                               Case No.: 6:22-cv-1312-WWB-LHP

THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA, THE SCHOOL BOARD OF INDIAN RIVER COUNTY, FLORIDA, THE SCHOOL BOARD OF DUVAL COUNTY, FLORIDA, and THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA,

      Defendants.

_____

**ORDER**

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 63). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **October 21, 2022**.

**DONE** and **ORDERED** in Orlando, Florida on October 6, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties