UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER COUSINS, et al.,

    *Plaintiffs*,

v.                                                                                     CASE NO.: 6:22-cv-1312-WWB-LHP

SCHOOL BOARD OF ORANGE
COUNTY, et al.,

    *Defendants.*

_____/

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

Defendants request that the Court extend their deadline to respond to Plaintiffs' Renewed Motion for Preliminary Injunction and in support state as follows:

1.    On November 21, 2022, Plaintiffs filed a Second Motion for Preliminary Injunction (Second PI Motion). DE 103.

2.    Defendants request a 30-day extension of time to respond to Plaintiffs' Second PI Motion.

3.    The undersigned as conferred with counsel for the school boards of Orange, Duval, Palm Beach, and Indian River counties and is authorized to represent that they join in the motion.

4.    Defendants have conferred with counsel for Plaintiffs who state that they do not oppose this request.

## MEMORANDUM OF LAW

Local Rule 6.02(c) requires a party opposing a motion for preliminary injunction to file a response within seven (7) days of the filing of the motion or seven (7) days before

1

the hearing.  However, the Court upon a showing of good cause, may extend this deadline.  *See* Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified period of time, the court may, for good cause, extend the time.").

At this time, no hearing has been set so Defendants' response is due within seven days. Defendants are seeking an extension of time to respond to the Second PI Motion, specifically 30-days from the date of filing of the Second PI Motion.  The Second PI Motion is supported by eight new declarations and relates to a complaint that adds seven (7) new defendants and has new allegations. Without an extension of time, the Defendants will be hard pressed to adequately respond given intervening deadlines, a trial, and the holidays.  Granting an extension of time will allow the Defendants to address the additions and provide a robust defense for the Court's consideration that will ultimately aid the Court in making its decision.  This is imperative because the relief Plaintiffs seek – enjoining Florida House Bill 1557 – is a form of irreparable injury to the state.  *See Maryland v. King*, 567 U.S. 1301, 1303 (2012) (Roberts, C.J.) (quoting *New Motor Vehicle Bd. of Cal. v. Orrin W. Fox Co.*, 434 U.S. 1345, 1351 (1977) (Rehnquist, J.)).

WHEREFORE, the Defendants request this Court to allow Defendants 30-days from the date of filing of the Second PI Motion to file a response.

        Respectfully submitted,

        ASHLEY MOODY
        ATTORNEY GENERAL

        */s/ Anita Patel*
        Henry C. Whitaker (FBN 1031175)
        (Lead Counsel)
        SOLICITOR GENERAL
        Jeffrey Paul DeSousa (FBN 110951)
        CHIEF DEPUTY SOLICITOR GENERAL

        Bilal Faruqui (FBN 15212)
        ASSISTANT ATTORNEY GENERAL
        Anita Patel (FBN 70214)
        ASSISTANT ATTORNEY GENERAL

        Office of the Attorney General
        The Capitol, Pl-01
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        Anita.Patel@myfloridalegal.com
        *Counsel for Thomas R. Grady, Ben Gibson, Monesia Brown, Esther Byrd, Grazie P. Christie, Ryan Petty, Joe York, and Intervenor-Defendant Attorney General Ashley Moody.*

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel certifies that the parties conferred on the relief requested herein and that the motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

                */s/ Anita Patel*
                Senior Assistant Attorney General